## JS-44 CIVIL COVER SHEET

**County Where Action Arose:** Washtenaw County

**Plaintiff**: Melissa Martin, **Pro Se**

1575 Ridge Rd, Apt 1

Ypsilanti, MI 48198

**County Where Action Arose:** Washtenaw County

**Defendants:** Venture Property of Michigan, LLC; Crystal Ireland; Novelty Brands, LLC; Carlos Párraga Acosta

**Attorney:** Unknown

**County Where Action Arose:** Washtenaw County

**Basis of Jurisdiction:** Federal Question

**Nature of Suit:** 440 – Other Civil Rights

**Cause of Action:** 42 U.S.C. §§ 3601–3619 (Fair Housing Act)

**Brief Description:** Fair Housing Act retaliation, coercion, interference, and failure to accommodate based on disability

**Origin:** Original Proceeding

**Jury Demand:** Yes

**Demand $ Yes:** 0.00

Signature: *Melissa Martin*

Melissa Martin

Date: 01/21/2026